EBBLIE, Appellant, v. BOARD OF SUP'RS OF LEWIS COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Mary Ebblie against the board of supervisors of Lewis county. No opinion. Judgment affirmed, with costs.

ECLIPSE MFG. CO., Respondent, v. PIERCE STEAM–HEATING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the Eclipse Manufacturing Company against the Pierce Steam-Heating Company. No opinion. Judgment affirmed, with costs. All concur, except GREEN, J., dissenting, and FOLLETT, J., not voting.

EHLERS v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by William Ehlers against the mayor, etc., of city of New York. No opinion. Motion granted, with $10 costs.

E. INGRAHAM CO., Respondent, v. ISAACS, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the E. Ingraham Company against Reuben Isaacs. Otto Horwitz, for appellant. Thomas McAdam, for respondent. No opinion. Judgment affirmed, with costs.

ESS, Appellant, v. HY. ELIAS BREWING CO., Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Benedict Ess against Hy. Elias Brewing Company. J. Chambers, for appellant. M. Untermyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ESTY, Appellant, v. EQUITABLE LIFE INS. SOC. OF THE UNITED STATES, Respondent. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by James B. Esty against the Equitable Life Insurance Society of the United States. I. N. Miller, for appellant. W. C. Prime, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EVELAND, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by Lewis Eveland against the Metropolitan Life Insurance Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $41.55, in which case judgment for the plaintiff is directed for that amount, costs preceding the appeal to be awarded to the party entitled thereto on a retaxation, but without costs of this appeal to either party.

FARMERS' & MECHANICS' BANK OF SPENCER, Respondent, v. WALDRON et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by the Farmers' & Mechanics' Bank of Spencer against Lewis G. Waldron, James E. Hazard, and others. No opinion. Judgment affirmed, with costs.

FERREE, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by Samuel H. Ferree against the Nassau Electric Railroad Company. No opinion. Judgment modified by reducing extra allowance to $50, without costs to either party.

FLICKER, Appellant v. GRAUER, Respondent. (City Court of New York, General Term. December 11, 1897.) Action by Max Flicker against Louis Grauer. A. H. Berrick, for appellant. Charles G. F. Wahle, for respondent. O'DWYER, J. Judgment and order appealed from affirmed, with costs. CONLAN, J., concurs.

FLOUR CITY NAT. BANK, Respondent, v. LITTLE, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the Flour City National Bank against David Little and another. No opinion. Judgment affirmed, with costs.

In re FOOTE. (Supreme Court, Appellate Division, Second Department. May 11, 1897.) In the matter of the application of C. Eugene Foote for admission to the bar. No opinion. The papers on this application require amendment in these particulars: The affidavit which purports to have been verified in the county of New York was subscribed and sworn to before a commissioner of deeds of the city of Brooklyn. The rules require that the applicant should not only show that he is 21 years of age, but state his age. This has not been done. It must also be proved that he is a resident of the state of New York. We hardly think this requirement is complied with by the statement that he "is now residing in the city of Brooklyn." It should also be made to appear that the supreme court of the District of Columbia is the highest court of law within that jurisdiction. Application denied, with leave to renew upon supplying proper proof.

In re FT. WASHINGTON RIDGE ROAD. (Supreme Court, Appellate Division, First Department. November 12, 1897.) In the matter of the Ft. Washington Ridge Road. No opinion. Motion denied, with $10 costs. See 46 N. Y. Supp. 855.

FOSTER, Respondent, v. BRAMIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Martin V. Foster against Martin Bramin. No opinion. Ordered reversed, with costs, and judgment ordered for the defendant on the verdict, with costs. All concur, except ADAMS, J., not voting.

In re FRIEDRICH. (Supreme Court, Appellate Division, First Department. November 12, 1897.) In the matter of John Friedrich. No opinion. Motion granted, with $10 costs.